IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVE BRYANT, *et al.*,           )
                                 )
            Plaintiffs,          )
                                 )
    v.                           )        CASE NO. 2:14-CV-1074-WKW
                                 )
COMMUNITY BANKSHARES,            )
INC., *et al.*,                  )
                                 )
            Defendants.          )

## ORDER

Before the court is the Recommendation of the Magistrate Judge to which the parties have filed objections. (Docs. # 34, 35, 36.) Based upon a *de novo* review, *see* 28 U.S.C. § 636, it is ORDERED that the Recommendation (Doc. # 34) is ADOPTED in part and REJECTED in part. An opinion explaining the court's reasoning will be forthcoming.

DONE this 30th day of September, 2015.

                    /s/ W. Keith Watkins
        CHIEF UNITED STATES DISTRICT JUDGE